1  ALAN R. SMITH, ESQ.
   Nevada Bar No. 1449
2  HOLLY E. ESTES, ESQ.
   Nevada Bar No. 11797
3  Law Offices of Alan R. Smith                    ***ELECTRONICALLY FILED***
   505 Ridge Street                                     ***August 18, 2014***
4  Reno, Nevada  89501
   Telephone (775) 786-4579
5  Facsimile (775) 786-3066
   **Email: mail@asmithlaw.com**
6
   Attorney for Debtors/Defendants
7  ANTHONY THOMAS and WENDI
   THOMAS
8

9              UNITED STATES BANKRUPTCY COURT

10                   DISTRICT OF NEVADA

11                        —ooOoo—

12 In Re:                              Case No.  BK-N-14-50333-BTB
                                       Case No.  BK-N-14-50331-BTB
13 ANTHONY THOMAS and
   WENDI THOMAS,                       Chapter 11 Cases
14
                                       [Jointly Administered]
15 AT EMERALD, LLC,

16

17
          Debtors,
18 _____/           Adv. Pro. No. 14-05022
19 KENMARK VENTURES, LLC,

20          Plaintiff,                 **EX PARTE MOTION FOR ORDER
                                       SHORTENING TIME FOR NOTICE
21 vs.                                 AND HEARING ON MOTION TO
                                       WITHDRAW AS ATTORNEY OF
22 ANTHONY  THOMAS  and  WENDI         RECORD**
   THOMAS,
23
          Defendants.                  Hearing Date:  OST Pending
24 _____/           Hearing Time: OST Pending

25       Movant, Alan R. Smith, Esq., of the Law Offices of Alan R. Smith, hereby moves this

26 Court for an order shortening time for notice and hearing on his Motion To Withdraw As

27 Attorney Of Record (the "Motion") filed on August 18, 2014, a copy of which is attached

28 hereto as **Exhibit "A."**

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Thomas\Mot WD\MOST Mot WD 081814-dlg.wpd

1   Pursuant to the Motion, the Movant seeks an order authorizing immediate withdrawal

2   as attorney of record for the Debtors ANTHONY THOMAS, WENDI THOMAS and AT

3   EMERALD, LLC.  In the case, Debtors have failed substantially to fulfill various obligations to

4   the Law Offices of Alan R. Smith as specified in the agreement between those parties.

5   Specifically, Debtors have refused to communicate timely and effectively with the Law Offices of

6   Alan R. Smith.  Further, the Law Offices of Alan R. Smith and the Debtors have come to an

7   impasse regarding certain aspects of law office's representation that law office believes cannot be

8   overcome.  Alan Smith believes that because of the difference of opinion as how best to proceed

9   in this case, he can no longer effectively represent the Debtors.  As a result an adversarial

10  relationship has developed, and Alan Smith  has sought immediate withdrawal.  Alan Smith

11  requests that the Motion to Withdrawal be heard on the same date and time as the currently

12  scheduled hearing on the motion to appoint the chapter 11 trustee - August 22, 2014 at 2 p.m.

13  Ordinary notice requirements cannot be met without an order shortening time for a hearing

14  to approve Movant's Motion.

15  Local Rule 9006 provides that the Court may shorten time in appropriate

16  circumstances for good cause.  Based upon the foregoing, Movant believes that good cause

17  exists for shortening time for notice and hearing of the Motion.  The Movant (or his

18  designated employee) has contacted the principal parties affected by the subject Motion and

19  their agreement and comments are in the ATTORNEY INFORMATION SHEET filed

20  separately.

21  WHEREFORE, Movant respectfully requests that the Court shorten the time for

22  notice of hearing on the Motion, and that the hearing on said Motion be set on August 22,

23  2014, at 2 p.m., or as soon as possible and as is convenient to the Court's calendar.

24  Dated this 18th day of August, 2014.

25  LAW OFFICES OF ALAN R. SMITH

26  By:_____/s/ Alan R. Smith_____
    ALAN R. SMITH, ESQ.

27  Attorney for Debtors

28

**CERTIFICATE OF MAILING**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of the Law Offices of Alan R. Smith, and that on this day I deposited for mailing at Reno, Nevada, and sent via email, a true and correct copy of the attached document addressed as follows:

AT Emerald, LLC
c/o Anthony & Wendi Thomas
7725 Peavine Peak Court
Reno, NV 89523
atemerald2@gmail.com
wendithomas6@gmail.com

Timothy A. Lukas, Esq.
Holland & Hart, LLP
5441 Kietzke Lane, 2nd Floor
Reno, NV 89511
tlukas@hollandhart.com

Kevin A. Darby, Esq.
Darby Law Practice, Ltd.
4777 Caughlin Parkway
Reno, NV 89519
kevin@darbylawpractice.com

Stefanie T. Sharp, Esq.
Robison, Balaustegui, Sharp & Low
71 Washington Street
Reno, NV 89503
ssharp@rbsllaw.com

Wayne A. Silver, Esq.
333 W. El Camino Real, Ste. 310
Sunnyvale, CA 94087
w_silver@sbcglobal.net

Amy N. Tirre, Esq.
Law Offices of Amy N. Tirre, APC
3715 Lakeside Dr., Ste. A
Reno, NV 89509
amy@amyttirrelaw.com

Joseph G. Went, Esq.
Holland & Hart, LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
jgwent@hollandhart.com

*/s/ Debra L. Goss*

Dated: August 18, 2014          By:_____
                                                    Debra L. Goss, Employee

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Thomas\Mot WD\MOST Mot WD 081814-dlg.wpd                - 3 -

Exhibit "A"

1   ALAN R. SMITH, ESQ.
    Nevada Bar No. 1449
2   HOLLY E. ESTES, ESQ.
    Nevada Bar No. 11797
3   Law Offices of Alan R. Smith
    505 Ridge Street
4   Reno, Nevada  89501
    Telephone (775) 786-4579
5   Facsimile (775) 786-3066
    **Email: mail@asmithlaw.com**
6
    Attorney for Debtors/Defendants
7   ANTHONY THOMAS and WENDI
    THOMAS
8

9                     UNITED STATES BANKRUPTCY COURT

10                           DISTRICT OF NEVADA

11                               —ooOoo—

12   In Re:                          Case No.  BK-N-14-50333-BTB
                                     Case No.  BK-N-14-50331-BTB
13   ANTHONY THOMAS and
     WENDI THOMAS,                   Chapter 11 Cases
14
                                     [Jointly Administered]
15   AT EMERALD, LLC,

16

17
              Debtors,
18   _____/      Adv. Pro. No. 14-05022
19   KENMARK VENTURES, LLC,

20              Plaintiff,           **MOTION TO WITHDRAW AS**
                                     **ATTORNEY OF RECORD**
21   vs.

22   ANTHONY  THOMAS  and  WENDI     Hearing Date:  OST Pending
     THOMAS,                         Hearing Time:  OST Pending
23
              Defendants.
24   _____/

25         ALAN R. SMITH, ESQ., of the Law Offices of Alan R Smith (hereinafter "Movant"),

26   moves this Court to allow him to withdraw as attorney of record for Debtors ANTHONY

27   THOMAS and WENDI THOMAS and Debtor AT EMERALD, LLC, (hereinafter "Debtors"),

28   in the above-entitled matter pursuant to Rule 166 of the Supreme Court Rules of the State of Nevada

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Thomas\Mot WD\Mot WD 081814-dlg.wpd

*ELECTRONICALLY FILED*
*August 18, 2014*

1    and Nevada Rules of Professional Conduct 1.16. This Motion is made and based upon the following

2    Points and Authorities, and the pleadings and papers on file in this case.

3    **POINTS AND AUTHORITIES**

4    Supreme Court Rule of Professional Conduct 1.16, made applicable by Local Rule IA 10-

5    6(b) and (e), provides that:

6   
7   
> No attorney may withdraw after appearing in a case except by
> leave of Court after notice has been served on the affected client and
> opposing counsel.

8    Movant has appeared on behalf of the Debtors in the above captioned matter and therefore

9    brings this Motion for leave to withdraw as their counsel of record. Movant's withdrawal is not

10    expected to cause any delay in these proceedings.

11    Nevada Supreme Court Rule 1.16, made applicable by Local Rule 1A 10-6, provides as

12    follows:

13   
14   
> (b)    Except as stated in paragraph (c), a lawyer may withdraw
> from representing a client if:

15   
>      (1)    withdrawal can be accomplished without material adverse effect on
>          the interests of the client;

16   
>      . . .

17   
18   
>      (6)    The representation will result in an unreasonable financial burden on
>          the lawyer or has been rendered unreasonably difficult by the client;
>          or

19   
>      (7)    Other good cause for withdrawal exists.

20   
21    In the case, Debtors have failed substantially to fulfill various obligations to Movant as

22    specified in the agreement between those parties. Specifically, Debtors have refused to communicate

23    timely and effectively with Movant. Further, Movant and the Debtors have come to an impasse

24    regarding certain aspects of Movant's representation that Movant believes cannot be overcome.

25    Movant believes that because of the difference of opinion as how best to proceed in this case, he can

26    no longer effectively represent the Debtors. As a result an adversarial relationship has developed,

27    and Movant has sought this withdrawal.

28    Movant believes that his withdrawal as counsel for Debtors will not adversely affect Debtors.

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Thomas\Mot WD\Mot WD 081814-dlg.wpd      - 2 -

Movant has provided reasonable written warning to Debtors of his intention to withdraw because of their failure to communicate and the disagreements between the parties. As a result, there is good cause for Movant's withdrawal as counsel of record.

WHEREFORE, it is respectfully requested that this Court enter its order permitting the immediate withdrawal of The Law Offices of Alan R. Smith, as attornies of record for the Debtors, and that all further pleadings and correspondence with regard to this matter be forwarded to Debtors at their last known address as follows:

> AT Emerald, LLC
> c/o Anthony & Wendi Thomas
> 7725 Peavine Peak Court
> Reno, NV 89523
>
> Anthony & Wendi Thomas
> 7725 Peavine Peak Court
> Reno, NV 89523

**DATED** this 18th day of August, 2014.

LAW OFFICES OF ALAN R. SMITH

*/s/ Alan R. Smith*
By_____
ALAN R. SMITH, ESQ.
Attorney for Debtor

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Thomas\Mot WD\Mot WD 081814-dlg.wpd                - 3 -

## CERTIFICATE OF MAILING

Pursuant to FRCP 5(b), I hereby certify that I am an employee of the Law Offices of Alan R. Smith, and that on this day I deposited for mailing at Reno, Nevada, and sent via email, a true and correct copy of the attached document addressed as follows:

AT Emerald, LLC
c/o Anthony & Wendi Thomas
7725 Peavine Peak Court
Reno, NV 89523
atemerald2@gmail.com
wendithomas6@gmail.com

Timothy A. Lukas, Esq.
Holland & Hart, LLP
5441 Kietzke Lane, 2nd Floor
Reno, NV 89511
tlukas@hollandhart.com

Kevin A. Darby, Esq.
Darby Law Practice, Ltd.
4777 Caughlin Parkway
Reno, NV 89519
kevin@darbylawpractice.com

Stefanie T. Sharp, Esq.
Robison, Balaustegui, Sharp & Low
71 Washington Street
Reno, NV 89503
ssharp@rbsllaw.com

Wayne A. Silver, Esq.
333 W. El Camino Real, Ste. 310
Sunnyvale, CA 94087
w_silver@sbcglobal.net

Amy N. Tirre, Esq.
Law Offices of Amy N. Tirre, APC
3715 Lakeside Dr., Ste. A
Reno, NV 89509
amy@amyttirrelaw.com

Joseph G. Went, Esq.
Holland & Hart, LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
jgwent@hollandhart.com

/s/ Debra L. Goss

Dated: August 18, 2014    By:_____
Debra L. Goss, Employee

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Thomas\Mot WD\Mot WD 081814-dlg.wpd    - 4 -