WAYNE A. SILVER, Esq. (CA 108135)
333 West El Camino Real, Suite 310
Sunnyvale, California 94087
Email: w_silver@sbcglobal.net
Tel. (408) 720-7007
Fax. (408) 720-7001
(*Admitted Pro Hac Vice*)

LAW OFFICES OF AMY N. TIRRE
Amy N. Tirre, Esq. (NV 6523)
3715 Lakeside Dr., Suite "A"
Reno, NV 89509
Email: amy@amytirrelaw.com
Tel. (775) 828-0909
Fax. (775) 828-0914

Attorneys for Plaintiff,
KENMARK VENTURES, LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ANTHONY THOMAS and WENDI THOMAS,<br><br>AT EMERALD, LLC,<br><br>        Debtors. | Case No. BK-N-14-50333-BTB<br>Case No. BK-N-14-50331-BTB<br><br>Chapter 7<br><br>[Jointly Administered] |
| KENMARK VENTURES, LLC<br><br>        Plaintiff,<br>  v.<br>ANTHONY THOMAS and WENDI THOMAS,<br><br>        Defendants. | Adv. Pro. No. 14-5022<br><br>**PLAINTIFF'S PRE-TRIAL DISCLOSURES**<br><br>**[Fed.R.Bankr.Pro. 7026(A)(3)]** |

Reserving all rights and remedies, KENMARK VENTURES, LLC ("Kenmark") makes the following pre-trial disclosures pursuant to Fed.R.Bankr.Pro.7026(a)(3):

**I.     Potential Witnesses**

Kenmark expects to call the following witnesses to support its claims, except for impeachment witnesses:

Page 1

Plaintiff's Pre-Trial Disclosures

| Name | Address | Summary |
|---|---|---|
| Ken Tersini | Address c/o Kenmark's undersigned attorney. | Ken Tersini will testify to the fraud perpetrated by defendant Thomas, the false statements made by Mr. Thomas, and the damages that were incurred as a result as alleged in the Adversary Complaint. Mr. Tersini will also testify about the settlement of the civil trial in Santa Clara Superior Court case No. 108CV130667. |
| Mark Tersini | Address c/o Kenmark's undersigned attorney. | Mr. Tersini will testify to the fraud perpetrated by defendant Thomas, the false statements made by Mr. Thomas, and the damages that were incurred as alleged in the Adversary Complaint. Mr. Tersini will also testify about the settlement of the civil trial in Santa Clara Superior Court case No. 108CV130667. |
| Anthony George Thomas | Known to defendant. | May be called as an adverse witness regarding the matters alleged in the Adversary Complaint and settlement of the civil trial in Santa Clara Superior Court case No. 108CV130667. |

Kenmark may call the following witnesses to support its claims if the need arises, except for impeachment witnesses:

| Name | Last Known Address | Summary |
|---|---|---|
| Harriet Davidson | 2135 Ascot Drive, Number 18, Moraga, CA 94556 | Worked at Electronic Plastics and familiar with loan from Kenmark. |
| Kenneth Conetto | San Jose, CA | Has information regarding Thomas Emerald. |
| Shawn Milligan | 2240 Glenkirk Court San Jose, CA. 95124 | Worked for Kenmark and familiar with issues concerning the Thomas Emerald. |

Page 2

Plaintiff's Pre-Trial Disclosures

| Name | Last Known Address | Summary |
|---|---|---|
| Jeffrey Hartlin | Attorney at Paul Hastings. | Attorney that represented Electronic Plastics. Familiar with Joe Kafka, Mr. Thomas and Michael Gardner. May have information regarding loan from Kenmark and representations made by Mr. Thomas. |
| Lori Puccinelli Stern | 33934 California Street San Francisco, CA. 94118<br><br>Glodow Nead Communications 1700 Montgomery Street Suite 203, San Francisco, 94111 | May have information regarding the Thomas Emerald and discussions with Mr. Thomas. |

**II.     Presentation of Witnesses by Deposition Transcripts**

Kenmark does not expect to present the direct testimony of any witnesses through deposition transcripts.

**III.    Trial Exhibits**

Kenmark expects to offer the following documents to support its claims, either through judicial notice or a sponsoring witness, except for impeachment documents:

1.     Judgment to be entered in Santa Clara Superior Court case No. 108CV130667.

2.     Documents highlighted in yellow in the attached table, referred to by their Exhibit Nos. in Santa Clara Superior Court case No. 108CV130667. Documents that are not highlighted in yellow may be offered by Kenmark to support its claims, except for impeachment documents.

3.     Kenmark may also offer the following documents to support its claims, except for impeachment documents:

(a)    Documents produced by Defendant Thomas in response to First Request for Production of Documents, including but not limited to:

| Bates Number | Description |
|---|---|
| AT0001- AT0016, AT0052 – AT0083 | Emails between Thomas and Koyo Trading (Dr. Naverette) during April and May, 2015 |

| Bates Number | Description |
|---|---|
| AT0093 – AT0144 | Emails between Thomas and Koyo Trading (Dr. Naverette and Clarke) during February and March, 2015 |
| AT0269 – AT0284 | Emerald Purchase Agreement |
| AT0222 | Letter of Intent – Blue Minerals |
| AT1264 | Memo from Thomas to Ruy Saraiva |
| AT1521 – 1530 | East Heritage Holding Agreement and Memorandum of Understanding |
| AT1326 – 1348 | Distribution Agreement between Electronic Plastics and Al Madina Development and Supply |
| AT0915-AT0934 | Memorandum and Order Re: Civil Contempt – E-Smart v. Wayne Drizin, et al., Case No. 3:06-5528 – USDC Northern California |
| AT0551 | Addendum to Asset Purchase Agreement – New Line |
| AT0527 – AT0529 | Asset Purchase Agreement – New Line |
| AT0269 – AT0283 | Purchase Agreement – Venado Resources, LLC and Thomas |

(b) All documents attached as Exhibits to the Adversary Complaint in the above-captioned Adversary Proceeding.

Dated: September 16, 2015

/s/ Wayne A. Silver
Wayne A. Silver, attorney for Plaintiff
KENMARK VENTURES, LLC

| Exhibit | Date | Description | Bates |
|---|---|---|---|
| 0001 | 06/26/07 | Memorandum re: e-Smart litigation and letter to Whom it May Concern from Glen T. Jonas | 2 pages |
| 0002 | 02/17/04 | History of the Thomas Emerald | K0160 - K0161 |
| 0003 | 12/03/06 | Harrison Steele Parners PP Appraisal | K0123 - K0124 |
| 0004 | 02/22/07 | jnh World Forensics, LLC Appraisal | K0146 - K0152 |
| 0005 | 03/23/07 | Ringsrud Gemology Emerald Report | K0158 - K0159 |
| 0006 | 09/23/09 | Ringsrud Gemology Emerald Report | ATE0033 - ATE0036 |
| 0007 | 11/04/09 | Letter to Whom it May Concern from Lori Puccinelli with attachment | ATE0019 |
| 0008 | 11/05/01 | Appraisal by Dimitri Paraskevopulos | K0154 - K0155 |
| 0009 | 02/xx/07 | Electronic Plasics, LLC Business Plan | K0391 - K0410 |
| 0010 | 07/12/07 | E-mail chain re: Honeywell Meeting | K0666 - K0668 |
| 0011 | 06/28/07 | E-mail to Ken Tersini from Tony Thomas re: Emerald Particulars | K0594 |
| 0012 | 07/18/07 | Secured Demand Note | K0682 - K0683 |
| 0013 | 07/06/07 | E-mail chain re: Yubecom/Norfied | K0595 - K0596 |
| 0014 | 06/19/07 | E-mail to Ken Tersini from Tony Thomas re: Guaratee from StarVan Korea | K0622 |
| 0015 | 04/22/09 | Electronics Plastics (Tony Thomas) Funding History as of 4/22/09 | K0545 - K0563 |
| 0016 | 10/25/07 | Secured Demand Note | K0684 - K0685 |
| 0017 | 10/25/07 | Security Agreement | K0688 - K0691 |
| 0018 | 10/25/07 | KT-EPC Interim Funding Agreement | K0686 - K0687; K0677; K0592 |
| 0019 | 05/29/08 | Letter to Tony Thomas and Michael Gardiner from Peter Klin | ATE0015 - ATE0016 |
| 0020 | | Letter to Ken from Tony | K0692 |
| 0021 | 07/10/08 | Written Consent of the Sole Member of AT Emerald, LLC | ATE0111 - ATE0112 |
| 0022 | | Asset Purchase Agreement from New Line | ATE0127 - ATE0137 |
| 0023 | 06/08/08 | Shareholders Agreement by and between EP International LLC and New Line Trading an Al Serkal Group Company | K0240 - K0252 |
| 0024 | | Investment Suisse Irrevocable Letter of Offer | ATE0140 - ATE0149 |
| 0025 | | Letter of Intent between Al Serkal Group and Idsmart | |
| 0026 | | Joint Venture Agreement between AT Emeral, LLC and Shire International, Ltd | ATE0051 - ATE0059 |
| 0027 | | Order to Cease and Desist | ATE0049 - ATE0050 |
| 0028 | | Distribution Atreement between Electronic Plastics, LLC a Delaware LLC and Al Madina Development & Supply LLC | K0643 - K0665 |
| 0029 | | E-mail to Michael Gardiner and Thomas Thomas from Don Fulghum, Subject: UAE Trip Summary and attachment | K0605 - K0612 |
| 0030 | 01/13/10 | Letter to Joseph Scanlan from Joseph Kalka, with attachments | |
| 0031 | 03/26/09 | Letter to Michael Gardiner from Anthony Thomas re: Electronic Plastics, LLC | ATE0024 |
| 0032 | 11/06/08 | Letter to Peter Kline from Joseph Kalka | ATE0008 |
| 0033 | | E-mail chain, subject: Honeywell Call Update | K0598 - K0599 |
| 0034 | | E-mail to Jeffrey Hartlin from Peter Kline, re: Business Funding Agreement, with attachment | ATE0174 - ATE0186 |
| 0035 | 04/20/10 | Deposition Subpoena for Personal Appearance and Production of Documents and Things | |

| Exhibit | Date | Description | Bates | |
|---|---|---|---|---|
| 0036 | 06/01/10 | Proof of Personal Service and Notice of Taking Deposition | 8 pages | |
| 0037 | 06/10/10 | E-mail chain between Joseph Scanlan and Ron Ringsrud | 1 page | |
| 0038 | 07/15/10 | Plaintiff's Notice of Taking Deposition of Harriett L. Davidson with Production of Documents and Things | 10 pages | |
| 0039 | | Reimbursed Expenses | 1 page | |
| 0040 | | Top Twenty Vendors ID Smart LLC | 1 page | |
| 0041 | | List of Top Twenty Creditors | 1 page | |
| 0042 | | List of Creditors Sub C | 7 pages | |
| 0043 | | List of Creditors ID Sub A | 3 pages | |
| 0044 | | Inventory ID | 1 page | |
| 0045 | | Max Payments to EP LLC | 1 page | |
| 0046 | | Income Statement DP 07 | 1 page | |
| 0047 | | Advances to Owners Sub E Corrected | 1 page | |
| 0048 | | Account Name: Property Plants & Equipments | 5 pages | |
| 0049 | | Transfer from Proof | 2 pages | |
| 0050 | | Per Payroll Amounts | 1 page | |
| 0051 | | Balance Sheet ID 08 | 1 page | |
| 0052 | 12/31/08 | Electronic Plastics LLC Balance Sheet | 2 pages | |
| 0053 | | IS Smart Income Statement | 1 page | |
| 0054 | 08/09/10 | Letter to Joseph A. Scanlan, jr. from Raul A. Mayorga with attachments | | |
| 0055 | | Assets ID Sub B | 1 page | |
| 0056 | | Per Payroll Amounts | 1 page | |
| 0057 | | Copy of Proof of Deposits | 1 page | |
| 0058 | | Electronic Plastics LLC, LLC Agreement Summary of Material Terms and Issues List | K0097 - K0099 | |
| 0059 | 08/23/07 | E-mail from Hartlin to Kline re: Business Funding Agreement | K0125 - K0144 | |
| 0060 | | Limited Liability Company Agreement for Electronic Plastics, LLC | K0336 - K0389 | |
| 0061 | 04/12/08 | E-mail from Hartlin to Joeperske@aol.com re: Electronic Plastics LLC Agreement | K0438 - K0489 | |
| 0062 | 08/12/10 | Notice of Taking Deposition (of AT Emeralds PMK) | | |
| 0063 | 01/23/09 | Declaration of Anthony Thomas (in Opposition to Release of Property) | | |
| 0064 | 07/10/08 | Written Consent of the Sole Member of AT Emerald, LLC | ATE0111 - ATE0112 | dup |
| 0065 | 09/02/08 | Order to Cease and Desist | ATE0049 - ATE0050 | dup |
| 0066 | 05/23/08 | Rental Agreement for Sarasota Vault Depository | ATE0039 | dup |
| 0067 | 10/25/07 | Security Agreement | K0688 - K0691 | dup |
| 0068 | | | | |
| 0069 | | | | |
| 0070 | 04/22/09 | Electronic Plastics Funding History | K0545 | |
| 0071 | various | Wire transfer requests | K0547 - K0563 | |
| 0072 | 06/24/07 | E-mail from Carl McNeice to Ken Tersini | K0623 | |
| 0073 | 06/27/07 | E-mail from Tony Thomas to Ken Tersini with attachment | K0430 - K0431 | |
| 0074 | 07/18/07 | Secured Demand Note between Electronic Plastics, LLC, Tony Thomas and Kenneth Tersini | K0682 - K0683 | |

| Exhibit | Date | Description | Bates | |
|---|---|---|---|---|
| 0075 | 08/xx/07 | Business Funding Agreement between Kenmark Ventures and Electronic Plastics, LLP and Tony Thomas | K0411 - K0421 | |
| 0076 | 09/xx/07 | Electronic Plastics LLC Corporate Overview, Draft | K0090 - K0091 | |
| 0077 | 09/15/07 | E-mail from Tony Thomas to Ken Tersini with forwarded message and attachment | K0267 - K0286 | |
| 0078 | 09/17/07 | IDSmart Meeting Notes | | |
| 0079 | 08/24/07 | E-mail from Peter Kline to Jeffrey Hartlin, with previous messages | ATE0172 - ATE0173 | |
| 0080 | 01/05/08 | E-mail from Peter Kline to Jeffrey Hartlin | ATE0257 - ATE0258 | |
| 0081 | 09/11/07 | E-mail from Peter Kline to Vandoren and Tony Thomas with attachments | ATE0188 - ATE0205 | |
| 0082 | 07/18/07 | Secured Demand Note between Electronic Plastics, LLC, Tony Thomas and Kenneth Tersini | K0682 - K0683 | dup |
| 0083 | 11/04/07 10/25/07 | Secured Demand Note between Electronic Plastics, LLC, Tony Thomas and Kenmark Ventures, LLC, with handwritten interlineations | K0684 - K0685 | |
| 0084 | 08/xx/07 10/25/07 | Security Agreement between Tony Thomas and Kenmark Ventures, LLC, with handwritten interlineations | K0688 - K0691 | |
| 0085 | 10/25/07 | KT-EPC Interim Funding Agreements | K0686; K0677; K0592 | |
| 0086 | 05/29/08 | Letter from Peter Kline to Tony Thomas and Michael Gardiner | ATE0015 - ATE0016 | |
| 0087 | 06/04/08 | Letter from Peter Kline to Tony Thomas and Michael Gardiner | K0620 | |
| 0088 | 10/31/08 | Letter from Peter Kline to Tony Thomas | | |
| 0089 | 11/06/08 | Letter from Joseph Kafka to Peter Kline | ATE0008 | dup |
| 0090 | | Electronic Plastic, LLC Agreement Summary of Material Terms and Issues List | K0097 - K0099 | |
| 0091 | 01/11/08 | E-mail from Jeffrey Hartlin to Peter Kline, with attachments: Limited Liability Company Agreement for Electronic Plastics, LLC, a Delaware Limited Liability Company | ATE0261 - ATE0367 | |
| 0092 - 0149 INTENTIONALLY SKIPPED | | | | |
| 0150 | | Handwritten Notes | 5 pages | |
| 0151 | | Declaration of Michael Gardiner in Support of Defendants' Memorandum in Opposition to Plaintiffs' Motion for a Temporary Restraining Order | 38 pages | |
| 0152 | | Ken Distribution Jan - Aug 1.3 mil | 4 pages | |
| 0153 | | Accounting Document, September to December '07 | 2 pages | |
| 0154 | | Accounting Document | 4 pages | |
| 0155 | | Accounting Document | 4 pages | |
| 0156 | | Assets | 4 pages | |
| 0157 | | Assets | 1 page | |
| 0158 | | Salary Breakdown | 3 pages | |
| 0159 | | Distribution of Funds May '06 - September '07 | 6 pages | |
| 0160 | | Checks written against 300k received Sept. | 1 page | |
| 0161 | | Accounting Document | 2 pages | |
| 0162 | | Accounting Document | 4 pages | |
| 0163 | | Cash Flow Statement | 1 page | |
| 0164 | | Accounting Document | 2 pages | |

| Exhibit | Date | Description | Bates |
|---|---|---|---|
| 0165 | | Accounting Document | 2 pages |
| 0166 | | Accounting Document | 6 pages |
| 0167 | | Liabilities | 1 page |
| 0168 | 05/15/07 | Letter to Whom it May Concern from Anthony G. Thomas | 2 pages |
| 0169 | 05/16/06 | Investment Agreement | 2 pages |
| 0170 | 06/10/07 | Agreement between Michael Gardiner and Anthony Thomas | 1 page |
| 0171 | | IDSmart, The Sensor Card | K0100 - K0102 |
| 0172 | 06/28/07 | E-mail re: Emerald Particulars | 1 page |
| 0173 | 04/23/08 | E-mail re: Items for Discussion | 1 page |
| 0174 | 04/23/08 | E-mail re: Issues and Action Plan from Tuesday Call | 1 page |
| 0175 | 10/23/08 | E-mail re: Funding | 2 pages |
| 0176 | | AT Emeral, LLC Commission Agreement | 2 pages |
| 0177 | | Contract of Establishment of a Joint Participation Company with a Capital of AED 2.00 | |
| 0178 | | Color Photographs and other documents re: Emerald | |
| 0179 - 0200 INTENTIONALLY SKIPPED | | | |
| M0001 | 06/28/07 | Safe Deposit Box Lease Agreement | ATE0020 - ATE0023 |
| M0002 | 05/23/08 | Rental Agreement for Sarasota Vault Depository | ATE0039 |

**CERTIFICATE OF SERVICE**

I served the foregoing PLAINTIFF'S PRE-TRIAL DISCLOSURES; CERTIFICATE OF SERVICE by the following means on September 16, 2015 to the persons listed below:

  XX   Regular mail: I caused service of this document to be made on September 16, 2015 by regular, first class United States mail, postage fully pre-paid, addressed to:

Anthony Thomas
Wendi Thomas
7725 Peavine Peak Court
 Reno, NV 89523

I declare under penalty of perjury that the foregoing is true and correct. Signed this 16th day of September, 2015 at Sunnyvale, CA.

/s/ Kevin J. LeBlanc
Kevin J. LeBlanc

Certificate of Service