WAYNE A. SILVER, Esq. (CA 108135)
333 West El Camino Real, Suite 310
Sunnyvale, California 94087
Email: w_silver@sbcglobal.net
Tel. (408) 720-7007
Fax. (408) 720-7001
(*Admitted Pro Hac Vice*)

LAW OFFICES OF AMY N. TIRRE
Amy N. Tirre, Esq. (NV 6523)
3715 Lakeside Dr., Suite "A"
Reno, NV 89509
Email: amy@amytirrelaw.com
Tel. (775) 828-0909
Fax. (775) 828-0914

Attorneys for Plaintiff,
KENMARK VENTURES, LLC

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>ANTHONY THOMAS and WENDI THOMAS,<br>AT EMERALD, LLC,<br>　　　　Debtors. | Case No. BK-N-14-50333-BTB<br>Case No. BK-N-14-50331-BTB<br>Chapter 7<br>[Jointly Administered] |
| KENMARK VENTURES, LLC<br>　　　　Plaintiff,<br>　v.<br>ANTHONY THOMAS and WENDI THOMAS,<br>　　　　Defendants. | Adv. Pro. No. 14-5022<br>**PLAINTIFF'S FIRST SUPPLEMENT TO PRE-TRIAL DISCLOSURES**<br>**[Fed.R.Bankr.Pro. 7026(A)(3)]** |

Reserving all rights and remedies, KENMARK VENTURES, LLC ("Kenmark") makes the following first supplement to pre-trial disclosures pursuant to Fed.R.Bankr.Pro.7026(a)(3):

**III.    Additional Trial Exhibits**

Kenmark expects to offer the following additional documents to support its claims, either through judicial notice or a sponsoring witness, except for impeachment documents:

Page 1

Plaintiff's First Supplement To Pre-Trial Disclosures

**1.    Request for Judicial Notice**

Kenmark will ask the bankruptcy court to take judicial notice of the following:

| |
|---|
| Documents filed in the Chapter 7 bankruptcy case of Electronic Plastics, LLC, Case No. 09-53721, including but not limited to the bankruptcy schedules and statements, Proofs of Claim and the Claims Register, and pleadings regarding the sale of certain property. |
| Documents filed in Los Angeles Superior Court Case No. BS118649 styled *Kenneth Conetto by Eric Kitchen v. Kit Morrison and Todd Armstrong*, including but not limited to the Tentative and Proposed Statement of Decision filed on April 8, 2011. |
| Documents filed in civil action No. 06-5528 in the U.S. District Court for the Northern District of California styled *E-Smart Technologies, Inc. et al. v. Drizin, et al.*, including but not limited to the First Amended Complaint. |
| Documents filed in civil action No. 11-00895 in the U.S. District Court for the District of Columbia styled *U.S. Securities and Exchange Comm v. E-Smart Technologies, et al.*, including but not limited to the Complaint and Court decisions in various motions for summary judgment. |
| The Complaint and Answer in the above-captioned Adversary Proceeding No. 14-5022. |
| Documents filed in the above-captioned bankruptcy cases of ANTHONY THOMAS and WENDI THOMAS, and AT EMERALD, LLC, Case Nos. BK-N-14-50333-BTB and BK-N-14-50331-BTB, respectively, including but not limited to Kenmark's Motion for Relief from Stay. |
| Documents from the California Secretary of State regarding Electronic Plastics, Inc. |
| Documents from the Nevada Secretary of State regarding Electronic Plastics, Inc. |

Additional documents to be offered:

| |
|---|
| Discovery requests in the above-captioned Adversary Proceeding No. 14-5022, including but not limited to Kenmark's Request for Production of Documents and Requests for Admission, and Thomas's objections and responses thereto. |

Dated: September 22, 2015

/s/ Wayne A. Silver  
Wayne A. Silver, attorney for Plaintiff  
KENMARK VENTURES, LLC

Plaintiff's First Supplement To Pre-Trial Disclosures

**CERTIFICATE OF SERVICE**

I served the foregoing PLAINTIFF'S FIRST SUPPLEMENT TO PRE-TRIAL DISCLOSURES; CERTIFICATE OF SERVICE by the following means on September 22, 2015 to the persons listed below:

  XX   Regular mail: I caused service of this document to be made on September 22, 2015 by regular, first class United States mail, postage fully pre-paid, addressed to:

> Anthony Thomas
> Wendi Thomas
> 7725 Peavine Peak Court
> Reno, NV 89523

I declare under penalty of perjury that the foregoing is true and correct. Signed this 22nd day of September, 2015 at Sunnyvale, CA.

/s/ Kevin J. LeBlanc
Kevin J. LeBlanc

Certificate of Service