_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
February 19, 2016

WAYNE A. SILVER, Esq. (CA 108135)
75 E. Santa Clara St., Suite 290
San Jose, CA 95113
Email: w_silver@sbcglobal.net
Tel. (408) 720-7007
Fax. (408) 720-7001
(*Admitted Pro Hac Vice*)

LAW OFFICES OF AMY N. TIRRE
Amy N. Tirre, Esq. (NV 6523)
3715 Lakeside Dr., Suite "A"
Reno, NV 89509
Email: amy@amytirrelaw.com
Tel. (775) 828-0909
Fax. (775) 828-0914

Attorneys for Plaintiff,
KENMARK VENTURES, LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>ANTHONY THOMAS and WENDI THOMAS,<br>AT EMERALD, LLC,<br>　　　Debtors. | Case No. BK-N-14-50333-BTB<br>Case No. BK-N-14-50331-BTB<br><br>Chapter 7<br><br>[Jointly Administered] |
| KENMARK VENTURES, LLC<br>　　　Plaintiff,<br>　v.<br>ANTHONY THOMAS and WENDI THOMAS,<br>　　　Defendants. | Adv. Pro. No. 14-5022<br><br>**NONDISCHARGEABLE JUDGMENT AFTER TRIAL** |

Nondischargeable Judgment After Trial

This Adversary Proceeding came on regularly for bench trial in the above-entitled Court, the Hon. Bruce T. Beesley, U.S. Bankruptcy Judge, presiding. Plaintiff KENMARK VENTURES, LLC and Defendants ANTHONY THOMAS and WENDI THOMAS appeared and were represented by their respective attorneys of record. The Court having heard and considered the evidence, the matter having been argued and submitted for decision, the Court having issued its proposed findings of fact and conclusions of law on the record, good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Judgment in Santa Clara Superior Court Case No. 108CV130677 (a copy of which is attached hereto without Exhibits and of which the Court has taken judicial notice) in favor KENMARK VENTURES, LLC against Defendant ANTHONY THOMAS in the amount of Four Million Five Hundred Thousand Dollars ($4,500,000.00) plus interest at the rate of ten percent (10%) per annum from October 8, 2015, IS HEREBY DECLARED NONDISCHARGEABLE under 11 U.S.C. §523(a)(2).

2. KENMARK VENTURES, LLC is hereby awarded costs and attorneys' fees in an amount to be established by post-trial motion.

Submitted by:

/s/ *Wayne A. Silver*
Attorney for Plaintiff,
KENMARK VENTURES, LLC

**APPROVED**/DISAPPROVED

/s/ *Jeffrey Cogan*
Jeffrey Cogan, Esq., attorney for
Defendants ANTHONY THOMAS
And WENDI THOMAS

## RULE 9021 CERTIFICATION

In accordance with Local Rule 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

Nondischargeable Judgment After Trial

_X_ I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

- Jeffrey Cogan, attorney for Defendant ANTHONY THOMAS and WENDI THOMAS – Approved.

___ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

***

DAVID I. KORNBLUH, ESQ., SBN 162310
J. CARLOS ORELLANA, ESQ., SBN 233403
MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, California 95110
Telephone: (408) 292-1765
Facsimile: (408) 436-8272

Attorneys for Plaintiff KENMARK VENTURES, LLC,
a California Limited Liability Company

ENDORSED
FILED

2015 OCT -8 A 9: 15

David H. Yamasaki, Chief Executive Officer/Clerk
Superior Court
County of Santa Clara, California

By: _____
Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SANTA CLARA

| | |
|---|---|
| KENMARK VENTURES, LLC, a California limited liability company,<br><br>Plaintiff,<br>vs.<br><br>TONY THOMAS, an individual; ELECTRONIC PLASTICS, LLC, a Delaware limited liability company; MICHAEL GARDINER, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-COMPLAINT | Case No.: 108CV130677<br><br>STIPULATION FOR JUDGMENT AND [PROPOSED] JUDGMENT |

BY PDF

## RECITALS

**WHEREAS**, on or about December 19, 2008 Plaintiff Kenmark Ventures, LLC ("Kenmark") filed suit against Defendants Anthony Thomas, Electronic Plastics, LLC, and Michael Gardner;

**WHEREAS**, on or about March 20, 2009, Defendant filed its First Amended Complaint against Defendants Anthony Thomas, Electronic Plastics, LLC, and Michael Gardner alleging,

STIPULATION FOR JUDGMENT

1

RJN005

1  *inter alia*, causes of action for fraud on the alleged basis that Defendant Anthony Thomas as the sole member of AT Emerald, LLC, and Defendant Michael Gardiner defrauded Kenmark into loaning $6,110,000.00 to Anthony Thomas and Electronic Plastics, LLC based on written misrepresentations and concealments;

**WHEREAS**, on or about October 5, 2011, the parties reached a settlement of this action which they stated on the record before the Court (the "Settlement");

**WHEREAS**, a true and correct copy of the transcript of the hearing at which the Settlement was entered into the record is attached hereto as Exhibit "A";

**WHEREAS**, the Settlement, among other things, required Defendants Thomas and Gardner, jointly and severally to pay Kenmark a total of $5,000,000 in installments of $500,000 on January 1, 2013, $500,000 on January 1, 2014, $1,000,000 on January 1, 2015, $1,000,000 on January 1, 2016, and $1,000,000 on January 1, 2017, with a five-day grace period for each payment;

**WHEREAS**, Defendants Thomas and Gardner made their first payment under the Settlement but have not made any further payments within the time specified in the Settlement;

**WHEREAS**, the Settlement provides that upon the failure of Defendants Thomas and Gardner to pay any settlement payment, Kenmark may obtain entry of judgment against Defendants Thomas and Gardner, jointly and severally, on Kenmark's Fourth Cause of Action for Fraud and Fifth Cause of Action for Fraud;

**WHEREAS**, Defendant Thomas has promised to pay $575,000 toward the stipulated settlement amount on or before January 30, 2014; and

**WHEREAS**, Defendant Thomas's legal name is Anthony as reflected in the transcript of the October 5, 2011 hearing before this Court that is attached hereto as Exhibit "A".

**IT IS HEREBY STIPULATED** by the parties hereto as follows:

1. If payment of $550,000 is not received by Kenmark on or before January 30, 2014, judgment shall hereby be entered in favor of Plaintiff Kenmark Ventures, LLC against Defendants Anthony Thomas jointly and severally with Defendant Michael Gardner, on Kenmark's Fourth Cause of Action for Fraud and Fifth Cause of Action for Fraud in the

MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110
Telephone: (408) 292-1765

STIPULATION FOR JUDGMENT          2

RJN006

principal sum of $4,500,000 (four million, five hundred thousand dollars) together with interest on the judgment thereafter at the rate of 10% per annum, as provided by law.

2. The Clerk of the Court is authorized to enter judgment against Defendant Thomas in his correct legal name of Anthony Thomas rather than Tony Thomas.

3. Defendant Thomas authorizes Kenmark to file this Stipulation and to obtain entry of judgment on an *ex parte* basis.

4. This Stipulation is entered into freely and voluntarily. The parties to this stipulation acknowledge that they have been represented by counsel of their choice, or had the option to be represented by counsel of their choice, in the negotiations that preceded the execution of this Stipulation and in connection with the preparation and execution of this Stipulation. Each party hereto has executed this Stipulation with full knowledge of its significance and with the express intention of affecting its legal consequence. None of the parties hereto have relied upon any representation of any other party in signing this Stipulation.

5. This Stipulation may be executed in counterparts and executed facsimiles or PDF files thereof may be used in lieu of the original for all purposes.

Dated: January 27, 2014

KENMARK VENTURES, LLC, Plaintiff
By: Kenneth Tersini
Its: Managing Member

Dated: January 9, 2014

ANTHONY THOMAS, Defendant

397666_1

STIPULATION FOR JUDGMENT

3

MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110
Telephone: (408) 292-1765

RJN007

## JUDGMENT BY STIPULATION

The Court, having considered the Stipulation of Plaintiff Kenmark Ventures, LLC and Defendant Anthony Thomas, and good cause appearing therefor,

**HEREBY ENTERS JUDGMENT** in favor of Plaintiff Kenmark Ventures, LLC against Defendant Anthony Thomas, jointly and severally, on Kenmark Ventures, LLC's Fourth Cause of Action for Fraud and Fifth Cause of Action for Fraud in the principal sum of $4,500,000 (four million, five hundred thousand dollars). This judgment shall accrue interest at the rate of ten percent (10%) per year from the date of entry of this judgment.

The Clerk of the Court is authorized to enter judgment against Defendant Thomas in his correct legal name of Anthony Thomas rather than Tony Thomas.

Dated: OCT 08 2015

**WILLIAM J. ELFVING**

JUDGE OF THE SUPERIOR COURT

---

STIPULATION FOR JUDGMENT

4.

RJN008