# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number** <u>14–50333–btb</u>
**Chapter 7**
**Adversary Proceeding Number** <u>14–05022–btb</u>
**Appeal Reference Number** <u>16–09</u>
**BAP Number**

In re:
    ANTHONY THOMAS and WENDI THOMAS , Debtor(s)

---

    KENMARK VENTURES, LLC, Plaintiff(s)

    vs

    ANTHONY THOMAS et al., Defendant(s)

---

    ANTHONY THOMAS, WENDI THOMAS , Appellant(s)

    vs

    KENMARK VENTURES, LLC , Appellee(s)

---

### NOTICE OF REFERRAL OF APPEAL
### TO BANKRUPTCY APPELLATE PANEL

TO:   ALL PARTIES IN APPEAL
       U.S. TRUSTEE

,

YOU ARE HEREBY NOTIFIED that a Notice of Appeal has been filed by ANTHONY THOMAS, WENDI THOMAS with the Clerk of the Bankruptcy Court on 3/4/16. By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to the U.S. Bankruptcy Appellate Panels of the Ninth Circuit (BAP).

Any party desiring to object to such referral must do so in conformity with the foregoing orders and their provisions for reference to Bankruptcy Appellate Panel, a copy thereof being attached.

For further information, you may contact the Clerk of the Bankruptcy Appellate Panel at 125 South Grand Avenue, Pasadena, CA 91105, or phone (626)229–7225.

Dated: 3/7/16                                        BY THE COURT

                                                            Mary A. Schott
                                                            Clerk of the Bankruptcy Court

Parties Electronically Noticed: BANKRUPTCY APPELLATE PANEL