# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number 14–50333–btb**
Chapter 7
**Adversary Proceeding Number 14–05022–btb**
**Appeal Reference Number 16–09**
BAP Number

In re:

    ANTHONY THOMAS and WENDI THOMAS , Debtor(s)

---

KENMARK VENTURES, LLC, Plaintiff(s)

vs

ANTHONY THOMAS et al., Defendant(s)

---

ANTHONY THOMAS, WENDI THOMAS , Appellant(s)

vs

KENMARK VENTURES, LLC , Appellee(s)

---

TRANSMITTAL FORM, DISTRICT OFFICE NO. 0978/ 3

To: BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
    125 South Grand Avenue, Pasadena, CA 91105

| | |
|---|---|
| Appeals Filed in the Same Bankruptcy Case or in a Related ADV Case | NV–16–1043 |
| Bankruptcy Judge | BRUCE T. BEESLEY |
| Date Notice of Appeal Filed | 3/4/16 |
| Date of Entry of Order Appealed | 2/19/16 |
| Date Bankruptcy Filed | 3/4/14 |
| Other | |

                                                        BY THE COURT

*Mary A Schott*

Mary A. Schott
Clerk of the Bankruptcy Court