# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number 14–50333–btb**
**Chapter 7**
**Adversary Proceeding Number 14–05022–btb**
**Appeal Reference Number 16–09**
**BAP Number**
**USDC Case Number**

In re:

    ANTHONY THOMAS and WENDI THOMAS , Debtor(s)

---

    KENMARK VENTURES, LLC, Plaintiff(s)

    vs

    ANTHONY THOMAS et al., Defendant(s)

---

    ANTHONY THOMAS, WENDI THOMAS , Appellant(s)

    vs

    KENMARK VENTURES, LLC , Appellee(s)

---

### APPEAL MEMORANDUM

To:   ALL PARTIES IN APPEAL U.S. TRUSTEE

From:  U.S. Bankruptcy Court
        300 Booth Street
        Reno, NV 89509

The following item(s) are required for the above referenced appeal to proceed timely:

**Designation of Record On Appeal** must be filed at the Bankruptcy Clerk's Office 14 days after the filing of the Notice of Appeal. It must include the exact hearing dates of transcripts, exact titles and filing dates of all pleadings and exhibits. If any party includes a transcript, it must immediately be ordered by filing a Transcript Order Form with the Clerk's Office and make arrangements for payment with our Electronic Court Recorders.

The **Statement Of Issues** must also be filed at the Bankruptcy Clerk's Office 14 days after filing the Notice of Appeal. The Appellee is allowed 14 days after service of the Appellant Statement of Issues and Designation of Record to file an Additional/Supplemental Designation of Record.

**IF THE ABOVE ARE NOT COMPLIED WITH, THE BANKRUPTCY CLERK WILL FILE A STATUS REPORT WITH THE BANKRUPTCY APPELLATE PANEL OR THE U.S. DISTRICT COURT INDICATING WHY THE BANKRUPTCY CLERK HAS BEEN UNABLE TO FORWARD THE RECORD ON A TIMELY BASIS.**

**PLEASE NOTE THE FOLLOWING REGARDING THE RECORD ON APPEAL:**

Pursuant to Local Rule 8009(a), **Excerpts of Record** shall be filed by the parties on appeals to the District Court in the same manner as required by Federal Rules Bankruptcy Procedures 8009(b) for appeals to the Bankruptcy Appellate Panel. A party filing excerpts of record with the District Court shall file two copies to be bound separately from the briefs. A party filing excerpts of record with the Bankruptcy Appellate Panel shall file the number of copies as required by the 9th Circuit Bankruptcy Appellate Panel. Copies of the designated record no longer need to be delivered to the Clerk of the Bankruptcy Court unless there is a separate request per Local Rule 8006(a)(2).

BY THE COURT

*Mary A Schott*

Mary A. Schott
Clerk of the Bankruptcy Court