# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number** <u>14–50333–btb</u>
**Chapter 7**
**Adversary Proceeding Number** <u>14–05022–btb</u>
**Appeal Reference Number** <u>16–09</u>
**BAP Number** <u>NV–16–1058</u>
**USDC Number**

In re:

    ANTHONY THOMAS and WENDI THOMAS , Debtor(s)

---

    KENMARK VENTURES, LLC, Plaintiff(s)

    vs

    ANTHONY THOMAS et al., Defendant(s)

---

    ANTHONY THOMAS, WENDI THOMAS , Appellant(s)

    vs

    KENMARK VENTURES, LLC , Appellee(s)

---

## CERTIFICATE OF READINESS

TO:   ☑ CLERK OF THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
       ☐ CLERK OF THE UNITED STATES DISTRICT COURT

The undersigned Deputy Clerk of the U.S. Bankruptcy Court certifies that the Statement of Issues, Designation of Record, and transcripts have been filed, and the record on appeal is complete. The record will be so transmitted upon request from the Clerk of the BANKRUPTCY APPELLATE PANEL OF THE 9TH CIRCUIT.

Dated: 3/22/16

BY THE COURT

*Mary A Schott*

Mary A. Schott
Clerk of the Bankruptcy Court