# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  14–50333–btb**
**Chapter 7**
**Adversary Proceeding Number 14–05022–btb**
**Appeal Reference Number 16–09**
**BAP Number NV–16–1058**
**USDC Number**
**Ninth Circuit Number**

In re:

    ANTHONY THOMAS and WENDI THOMAS , Debtor(s)

---

KENMARK VENTURES, LLC, Plaintiff(s)

vs

ANTHONY THOMAS et al., Defendant(s)

---

ANTHONY THOMAS, WENDI THOMAS , Appellant(s)

vs

KENMARK VENTURES, LLC , Appellee(s)

---

### STATUS REPORT REGARDING RECORD ON APPEAL

TO:  BANKRUPTCY APPELLATE PANEL
      U.S. TRUSTEE

The record on the above–entitled appeal has not been forwarded for the following reason(s):

- ☐ No Designation of Record Filed
- ☐ No Statement of Issues Filed
- ☐ No Notice Regarding Transcripts Filed
- ☑ No Reporter's Transcript Filed;
  Hearing Dates:
  01/27/2016
- ☐ Other:

Dated: 5/4/16                                      BY THE COURT

*Mary A Schott* (signature)

Mary A. Schott
Clerk of the Bankruptcy Court