LAURY M. MACAULEY, ESQ.
Nevada Bar No. 11413
**MACAULEY LAW GROUP, P.C.**
5470 Kietzke Lane, Suite 300
Reno, Nevada 89511
Telephone: (775) 323-1510
Facsimile: (775) 418-6100
Email: laury@macauleylawgroup.com

Attorneys for Appellants
Anthony Thomas and Wendi Thomas

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ANTHONY THOMAS; WENDI THOMAS;<br>AT EMERALD, LLC;<br><br>    Debtors.<br><br>_____<br>ANTHONY THOMAS; WENDI THOMAS;<br><br><br>              Appellants,<br><br>vs.<br><br>KENMARK VENTURES, LLC,<br><br>              Appellee.<br>_____ | BAP No.   NV-16-1058<br><br>Bk. No. 3:14-bk-50333-BTB<br><br>Adv. No. 3:14-ap-05022-BTB<br><br><br><br><br>**APPELLANT'S AMENDED STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF RECORD [FED. R. BANKR. PRO. 8009]** |

Pursuant to Federal Rule of Bankruptcy Procedure 8009, Appellants Anthony Thomas and Wendi Thomas ("Appellants"), by and through their legal counsel, Macauley Law Group, P.C., hereby identifies the following issues on appeal (and thereby amends a previous, patently erroneous filing by Appellants in pro se) from the NonDischargeable Judgment After Trial [ECF No. 49] and the Order Granting Motion for Determination [ECF No. 88] (collectively "Judgment") and designates the record:

## A. STATEMENT OF ISSUES ON APPEAL

Appellants present the following issues on appeal:

1. Whether the Bankruptcy Court erred in finding that Appellants' debt to Appellees was nondischargeable pursuant to Bankruptcy Code Section 523(a)(2) on the grounds that Appellants' obtained money, property and services, or credit by false pretenses?

2. Whether the Bankruptcy Court erred in finding that Appellants' debt to Appellees was nondischargeable pursuant to Bankruptcy Code Section 523(a)(2) on the grounds that Appellants' obtained money, property and services, or credit by use of a false representation?

3. Whether the Bankruptcy Court erred in finding that Appellants' debt to Appellees was nondischargeable pursuant to Bankruptcy Code Section 523(a)(2) on the grounds that Appellants' obtained money, property and services, or credit by actual fraud?

4. Whether the Bankruptcy Court erred in entering the Judgment against Appellant Wendi Thomas pursuant to Bankruptcy Code Section 523(a)(2), despite the fact that no evidence was introduced against her at trial in the adversary proceeding that constitutes either false pretenses, false representation or actual fraud and that judgment was entered against her for the sole reason that she was the spouse of Appellant Anthony Thomas?

5. Whether the Bankruptcy Court erred in allowing the introduction of irrelevant evidence relating to Appellant Anthony Thomas' other acts, in violation of Federal Rule of Evidence 404 and other applicable laws?

6. Whether the Bankruptcy Court erred by sustaining objections to the introduction of evidence relating to the "beta testing" or other assessments performed on the subject technology on the grounds that such evidence constituted hearsay, despite the fact that it was

being introduced, and was probative, as to Appellants' state of mind, and not to prove the truth of the matter asserted, and therefore was admissible pursuant to Federal Rule of Evidence 801?

**B.**    **DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD**

Appellants designate the following items for inclusion in the record on appeal (such designation of pleadings and matters of record includes all exhibits attached or referenced in the pleadings or matters of record):

1.    Any and all papers and pleadings on file in the underlying adversary proceeding, including, but not limited to, the items specifically designated below;

2.    *Complaint For Damages and To Determine Dischargeability of Debt* [ECF No. 1];

3.    *Answer to Complaint For Damages and To Determine Dischargeability of Debt* [ECF No. 11];

4.    *Scheduling Order* [ECF No. 27];

5.    *Notice of Hearing* [ECF No. 30];

6.    *Trial Statement* [ECF No. 35];

7.    *Order Granting Kenmark Ventures, LLC's Motion For Relief From Stay* [ECF No. 36];

8.    *Notice of Hearing* [ECF No. 39];

9.    *Trial Statement* [ECF No. 40];

10.    *Request for Judicial Notice* [ECF No. 43];

11.    *Supplemental Request for Judicial Notice* [ECF No. 44];

12.    *Notice of Hearing* [ECF No. 47];

13.    *Nondischargeable Judgment After Trial* [ECF No. 49];

14.    *Motion for Determination of Amount of Attorneys' Fees, Costs and Disbursements* [ECF No. 50];

15.    *Proposed Bill of Costs* [ECF No. 51];

16.    *Notice of Deficiency* [ECF No. 52];

17.    *Notice of Hearing on Kenmark Ventures, LLC Motion to Fix the Amount of Attorneys' Fees, costs and Disbursements* [ECF No. 53];

18.    *Notice of Appeal* [ECF No. 56];

19.    *Order Granting Motion for Determination* [ECF No. 88];

20.    Transcript at the hearing held on November 9, 2015;

21.    Transcript at the hearing held on November 10, 2015;

22.    Transcript at the hearing held on December 10, 2015;

23.    Transcript at the hearing held on December 11, 2015;

24.    Transcript at the hearing held on February 8, 2016; and

25.    Appellants reserve the right to include in its additional excerpts of record any documents and filings of record in the underlying adversary proceeding as necessary to provide adequate information for appellate review, and therefore designates ECF Nos. 1 through 88 not otherwise designated herein.

DATED: June 24, 2016                    MACAULEY LAW GROUP
                                        a Professional Corporation

                                        By: _____/s/_____
                                            LAURY M. MACAULEY, ESQ.
                                            *Attorneys for Appellants*
                                            *Anthony and Wendi Thomas*

4