NVB 8010–3 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–14–50333–btb |
| | CHAPTER 7 |
| ANTHONY THOMAS and WENDI THOMAS, | |
| Debtor(s) | |
| | Adversary Proceeding: 14–05022–btb |
| KENMARK VENTURES, LLC | |
| Plaintiff(s) | Appeal Reference Number: 16–009 |
| | BAP Number: NV–16–1058 |
| vs | |
| ANTHONY THOMAS | CERTIFICATE OF |
| WENDI THOMAS | READINESS TO |
| Defendant(s) | BANKRUPTCY APPELLATE PANEL |
| | |
| ANTHONY THOMAS, WENDI THOMAS | |
| Appellant(s) | |
| vs | |
| KENMARK VENTURES, LLC | |
| Appellee(s) | |

To: Bankruptcy Appellate Panel
125 South Grand Avenue,
Pasadena, CA 91105

The undersigned Deputy Clerk of the U.S. Bankruptcy Court certifies that the Statement of Issues, Designation of Record, and transcripts have been filed, and the record on appeal is complete.

Dated: 6/24/16

*Mary A Schott*

Mary A. Schott
Clerk of Court