RECEIVED
AND FILED

**2017 APR 18  PM 2: 21**

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

FILED

MAR 28 2017

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL
## OF THE NINTH CIRCUIT

In re: ANTHONY THOMAS; WENDI THOMAS; AT EMERALD, LLC

Debtors

---

ANTHONY THOMAS; WENDI THOMAS

Appellants

v.

KENMARK VENTURES, LLC

Appellee

BAP No.: NV-16-1058-KuLJu

Bk.Ct..Appeal Reference#: 16-09
Bankr. No.: 3:14-bk-50333
Adv. No.:  3:14-ap-05022
Chapter 7

March 28, 2017

## JUDGMENT

ON APPEAL from the United States Bankruptcy Court for Nevada - Reno.

THIS CAUSE came on to be heard on the record from the above court.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Panel that the judgment of the Bankruptcy Court is AFFIRMED.

FOR THE PANEL,

Susan M Spraul
Clerk of Court
By: Vincent Barbato, Deputy Clerk

Date: March 28, 2017

BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT
A True Copy
Attest:
Susan M Spraul, Clerk
by Deputy Clerk  (Vincent J. Barbato)
DATE: 04/18/17